Devin D. Huseby, OSB #083670
Assistant Federal Public Defender
Devin_Huseby@fd.org
15 Newtown Street
Medford, OR 97501
Tel: (541) 776-3630

Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:24-cr-00360-MC-1 |
| Plaintiff, | |
| v. | PETITION TO ENTER PLEA OF GUILTY, CERTIFICATE OF COUNSEL, AND ORDER ENTERING PLEA |
| MUTAHIR AHMED KHAN, | |
| Defendant. | |

The defendant represents to the court:

1.    My name is Mutahir Khan. I am 24 years old.  I have a Bachelor of Science in Computer Science and have taken some masters level college courses.

2.    My attorney is Devin D. Huseby.

3.    My attorney and I have discussed my case fully.  I have received a copy of the Indictment. I have read the Indictment, or it has been read to me,

Page 1 Petition to Enter Plea of Guilty

and I have discussed it with my attorney. My attorney has counseled and advised me concerning the nature of the charge, any lesser-included offenses, and the possible defenses that I might have in this case.  I have been advised and understand that the elements of the charge alleged against me to which I am pleading "GUILTY" are as follows:

- Beginning on or about June 2023 and ending on or about September 2023, there was an agreement between two or more persons to commit at least one crime as charged in the Indictment, to wit, mail fraud, that is to knowingly devise and intend to devise a material scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises in violation of 18 U.S.C. §1341.
- Became a member of the conspiracy knowing of at least one of its objects and intending to help accomplish it; and
- One of the members of the conspiracy performed at least one overt act for the purpose of carrying out the conspiracy.

I have had a full and adequate opportunity to disclose to my attorney all facts known to me that relate to my case.  I understand that the Court may ask whether I am satisfied with the advice I have received from my attorney.

4.    I know that if I plead "GUILTY," I will have to answer any questions that the judge asks me about the offense to which I am pleading

Page 2 Petition to Enter Plea of Guilty

guilty. I also know that if I answer falsely, under oath, and in the presence of my attorney, my answers could be used against me in a prosecution for perjury or false statement.

5.     I am not under the influence of alcohol or drugs. I am not suffering from any injury, illness or disability affecting my thinking or my ability to reason. I have not taken any drugs or medications within the past seven (7) days that negatively impact my thinking or ability to reason.

6.     I understand that conviction of a crime can result in consequences in addition to imprisonment. Such consequences include deportation, or removal from the United States, or denial of naturalization, if I am not a United States citizen; loss of eligibility to receive federal benefits; loss of certain civil rights (which may be temporary or permanent depending on applicable state or federal law), such as the right to vote, to hold public office, and to possess a firearm; and loss of the privilege to engage in certain occupations licensed by the state or federal government.

7.     I know that I may plead "NOT GUILTY" to any crime charged against me and that I may persist in that plea if it has already been made. I know that if I plead "NOT GUILTY" the Constitution guarantees me:

a.     The right to a speedy and public trial by jury, during which I will be presumed to be innocent unless and until I am proven guilty by the

Page 3 Petition to Enter Plea of Guilty

government beyond a reasonable doubt and by the unanimous vote of twelve jurors;

          b.     The right to have the assistance of an attorney at all stages of the proceedings;

          c.     The right to use the power and process of the court to compel the production of evidence, including the attendance of witnesses in my favor;

          d.     The right to see, hear, confront, and cross-examine all witnesses called to testify against me;

          e.     The right to decide for myself whether to take the witness stand and testify, and if I decide not to take the witness stand, I understand that no inference of guilt may be drawn from this decision; and

          f.     The right not to be compelled to incriminate myself.

8.     I know that if I plead "GUILTY" there will be no trial before either a judge or a jury, and that I will not be able to appeal from the judge's denial of any pretrial motions I may have filed concerning matters or issues not related to the court's jurisdiction.

9.     In this case I am pleading "GUILTY" under Rule 11(c)(1)(B). My attorney has explained the effect of my plea under Rule 11(c)(1)(B) to be as follows:

> Although the judge will consider the recommendations and agreements of both the prosecution and defense attorneys concerning sentencing, the judge is not obligated to follow those

Page 4 Petition to Enter Plea of Guilty

recommendations or agreements. If the judge imposes a sentence different from what I expected to receive under the terms of my Plea Agreement with the prosecutor, I do not have a right to withdraw my plea.

10.    I know the maximum sentence which can be imposed upon me for the crime to which I am pleading guilty is 20 years imprisonment and a fine of $250,000. I also know there is no mandatory minimum sentence.

11.    I know that the judge, in addition to any other penalty, will order a special assessment as provided by law in the amount of $100 per count of conviction.

12.    I know that if I am ordered to pay a fine, and I willfully refuse to pay that fine, I can be returned to court, where the amount of the unpaid balance owed on the fine can be substantially increased by the judge and I can be imprisoned for up to one year.

13.    My attorney has discussed with me the Federal Sentencing Guidelines. I know the Guidelines are advisory, not mandatory. I also know the sentencing judge, in determining the particular sentence to be imposed, must consider those factors set forth in Title 18, United States Code, Section 3553(a), including, but not limited to: the nature and circumstances of the offense, my own history and characteristics, the goals of sentencing (punishment, deterrence, protection, and rehabilitation), and the sentencing range established by the advisory Guidelines. If my attorney or any other person has calculated a

Page 5 Petition to Enter Plea of Guilty

guideline range for me, I know that this is only advisory, as to what sentence will be imposed. I also know that a judge may not impose a sentence greater than the maximum sentence referred to in paragraph (10) above.

14.     I know from discussion with my attorney that, under the Federal Sentencing Guidelines, if I am sentenced to prison I am not entitled to parole. I will have to serve the full sentence imposed except for any credit for good behavior that I earn. I can earn credit for good behavior in prison at a rate of up to 54 days for each year of imprisonment served. Credit for good behavior does not apply to a sentence of one year or less.

15.     I know that if I am sentenced to prison, the judge will impose a term of supervised release to follow the prison sentence. During my supervised release term I will be supervised by a probation officer according to terms and conditions set by the judge. In my case, a term of supervised release can be 3 years. If I violate the conditions of supervised release, I may be sent back to prison for up to 2 years.

16.     I know that in addition to or in lieu of any other penalty, the judge can order restitution payments to any victim of any offense to which I plead guilty. I am also informed that, for certain crimes of violence and crimes involving fraud or deceit, it is mandatory that the judge impose restitution in the full amount of any financial loss or harm caused by an offense. If imposed, the victim can use the order of restitution to obtain a civil judgment lien. A

Page 6 Petition to Enter Plea of Guilty

restitution order can be enforced by the United States for up to twenty (20) years from the date of my release from imprisonment, or, if I am not imprisoned, twenty (20) years from the date of the entry of judgment. If I willfully refuse to pay restitution as ordered, a judge may resentence me to any sentence which could originally have been imposed.

17.     On any fine or restitution in an amount of $2,500 or more, I know that I will be required to pay interest unless that fine or restitution is paid within fifteen (15) days from the date of the entry of judgment.

18.     If I am on probation, parole, or supervised release in any other state or federal case, I know that by pleading guilty in this court my probation, parole or supervised release may be revoked and I may be required to serve time in that case, which may be consecutive, that is, in addition to any sentence imposed on me in this court.

19.     If I have another case pending in any state or federal court, I know that my Petition and Plea Agreement in this case do not, in the absence of an express and written agreement, apply to my other case, and that I can be faced with consecutive sentences of imprisonment. The plea agreement in my case does apply to other charges.

20.     My plea of "GUILTY" is based on a Plea Agreement that I have made with the prosecutor. That Plea Agreement is attached hereto and

Page 7 Petition to Enter Plea of Guilty

incorporated herein. I have read or had read to me the Plea Agreement, and I understand the Plea Agreement.

21.    The Plea Agreement contains the only agreement between the United States government and me. No officer or agent of any branch of government (federal, state or local) or anyone else has promised or suggested that I will receive a lesser term of imprisonment, or probation, or any other form of leniency if I plead "GUILTY" except as stated in the Plea Agreement. I understand that I cannot rely on any promise or suggestion made to me by a government agent or officer which is not stated in writing in the Plea Agreement, or which is not presented to the judge in my presence in open court at the time of the entry of my plea of guilty.

22.    My plea of "GUILTY" is not the result of force, threat, or intimidation.

23.    I hereby request that the judge accept my plea of "GUILTY" to the following count: Count 1.

24.    I know that the judge must be satisfied that a crime occurred and that I committed that crime before my plea of "GUILTY" can be accepted. With respect to the charge to which I am pleading guilty, I represent that I did the following acts and that the following facts are true:

> From in or around June 2023 and continuing through at least September 2023, in the District of Oregon and elsewhere, there was a conspiracy to commit Mail Fraud, to wit, members of the conspiracy

Page 8 Petition to Enter Plea of Guilty

agreed to knowingly devise and intend to devise a material scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises in violation of 18 U.S.C. §1341.

Members of the conspiracy contacted AV1, located in Oregon, claiming to be representatives of Amazon and advised AV1 that their account and identity had been compromised. AV1 was then transferred to individuals portraying themselves as federal law enforcement officers with U.S. Treasury and Social Security Administration. Members of the conspiracy told AV1 that her identity had been associated with criminal acts, and to protect her money in the process of clearing her name, she needed to give her money to the federal government. Members of the conspiracy provided AV1 with instructions on how to withdraw cash from her bank and liquidate her investments and other assets. AV1 was instructed to send packages with cash to stores in Texas, concealing cash in books to avoid detection. AV1 was instructed to address the packages to various fake names. My role in the conspiracy was to pick up the packages and I used images of fake driver's licenses to pick up the packages in Texas. Members of the conspiracy then coordinated with AV1 to meet at locations in Oregon to give the conspirators, who continued to impersonate federal law enforcement officers, the gold bars. In total, AV1 was scammed out of over $900,000.

Furthermore, for the purpose executing and attempting to execute the material scheme and artifice to defraud and to obtain money and property by materially false and fraudulent pretenses, representations and promises, members of the conspiracy knowingly caused to be delivered by mail and by private and commercial interstate carrier, the following matter: $22,700 in cash shipped from AV1 in Corvallis, Oregon, via UPS to Frisco, Texas, on September 5, 2023; $30,000 in cash shipped from AV1 in Corvallis, Oregon, via UPS to Midlothian, Texas, on September 7, 2023; and $24,940 in cash shipped from AV1 in Corvallis, Oregon, via UPS to Midlothian, Texas, on September 8, 2023. I collected these packages.

Members of the conspiracy also conducted this fraudulent scheme in Minnesota and Texas, resulting in victims and losses in those locations as well.

25.    I offer my plea of "GUILTY" freely and voluntarily and of my own accord and with a full understanding of the allegations set forth in the Indictment, and with a full understanding of the statements set forth in this Petition and in the Certificate of my attorney that is attached to this Petition.

SIGNED by me in the presence of my attorney, after reading (or having had read to me) all of the foregoing pages and paragraphs of this Petition on this 16 day of September, 2025.

_____
Mutahir Ahmed Khan
Defendant

Page 10 Petition to Enter Plea of Guilty

CERTIFICATE OF COUNSEL

The undersigned, as attorney for defendant Mutahir Khan, hereby certifies:

1. I have fully explained to the defendant the allegations contained in the Indictment in this case, any lesser-included offenses, and the possible defenses which may apply in this case.

2. I have personally examined the attached Petition To Enter Plea of Guilty And Order Entering Plea, explained all its provisions to the defendant, and discussed fully with the defendant all matters described and referred to in the Petition.

3. I have explained to the defendant the maximum penalty and other consequences of entering a plea of guilty described in paragraphs (6)-(20) of the Petition, and I have also explained to the defendant the applicable Federal Sentencing Guidelines.

4. I recommend that the Court accept the defendant's plea of "GUILTY."

SIGNED by me in the presence of the above-named defendant, and after full discussion with the defendant of the contents of the Petition To Enter Plea of Guilty, and any Plea Agreement, on this ___ day of September, 2025.

_____
Devin D. Huseby
Attorney for Defendant

Page 11 Certificate of Counsel

## ORDER ENTERING PLEA

I find that the defendant's plea of GUILTY has been made freely and voluntarily and not out of ignorance, fear, inadvertence, or coercion. I further find the defendant has admitted facts that prove each of the necessary elements of the crime(s) to which the defendant has pled guilty.

IT IS THEREFORE ORDERED that the defendant's plea of GUILTY be accepted and entered as requested in this Petition and as recommended in the Certificate of defendant's attorney.

DATED this _16_ day of September, 2025.

_____
The Honorable Michael McShane
United States District Judge

Page 12 Order Entering Plea